UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No.:_____

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **INFORMATION** |
| | ) | |
| v. | ) | (18 U.S.C. § 793(e)) |
| | ) | |
| TERRY J. ALBURY, | ) | |
| | ) | |
| Defendant. | ) | |

The Assistant Attorney General for National Security charges:

### COUNT ONE
(Unauthorized Disclosure of National Defense Information)

1.      From in or about February 2016 through on or about January 31, 2017, in the District of Minnesota and elsewhere, the defendant, TERRY J. ALBURY, having unauthorized possession of, access to and control over documents and information relating to the national defense, to wit: a document pertaining to assessing Confidential Human Sources dated August 17, 2011, and an undated document relating to threats posed by certain individuals from a particular Middle Eastern country, did knowingly and willfully communicate, deliver, and transmit those aforesaid documents and information to a person not entitled to receive it, to wit, a reporter for a national media organization, in violation of Title 18, United States Code, Section 793(e).

## COUNT TWO
### (Unauthorized Retention of National Defense Information)

2.      From on or about April 7, 2017, to on or about August 28, 2017, the

defendant, TERRY J. ALBURY, having unauthorized possession of, access to, and control

over documents relating to the national defense, to wit: a document relating to the use of

an online platform for recruitment by a specific terrorist group, did willfully retain the

documents and fail to deliver them to an officer and employee of the United States entitled

to receive it, in violation of Title 18, United States Code, Section 793(e).

                                         Respectfully Submitted,

JOHN C. DEMERS                           JEFFERSON B. SESSIONS III
Assistant Attorney General               United States Attorney General
 for National Security
Attorney for the United States,          TRACY DOHERTY-MCCORMICK
Acting Under Authority Conferred         Acting United States Attorney for
by 28 U.S.C. § 515                       the Eastern District of Virginia


BY: _____              _____
       Patrick T. Murphy                 Danya E. Atiyeh
       David C. Recker                   Assistant United States Attorney
       Trial Attorneys                   Special Assistant to the Attorney General
       National Security Division