# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| U.S.A. | **NOTICE OF APPEARANCE** |
| | Case No:     18 cr 67 |
| v. | |
| Terry James Albury | |
| Defendant. | |

The undersigned attorney hereby notifies the Court and counsel that JaneAnne Murray shall appear as counsel of record for Terry James Albury in this case.

| | |
|---|---|
| Dated: March 28, 2018 | /s/ JaneAnne Murray |
| | JaneAnne Murray |
| | Murray Law LLC |
| | Minnesota License #0394887 |
| | Attorney for Terry James Albury |
| | The Flour Exchange Building |
| | 310 South Fourth Avenue, Suite 5010 |
| | Minneapolis, MN 55415 |
| | Tel:  (612) 339-5160 |
| | Fax: (866) 259-7819 |
| | Email: jm@mlawllc.com |