UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 18-cr-00067 (WMW)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                    **NOTICE OF APPEARANCE**

TERRY J. ALBURY,

        Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Danya E. Atiyeh

Dated: April 11, 2018

        Respectfully submitted,

        TRACY DOHERTY-MCCORMICK
        Acting United States Attorney for
        the Eastern District of Virginia

        _____
        DANYA E. ATIYEH
        Assistant U.S. Attorney
        Special Assistant to the Attorney General