# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | |
| TERRY J. ALBURY (1), | |
| Defendant. | |

| | |
|---|---|
| Case No: | 18-cr-0067 (WMW) |
| Date: | April 17, 2018 |
| Court Reporter: | Lori Simpson |
| Courthouse: | St. Paul |
| Courtroom: | 3B |
| Time Commenced: | 12:36 p.m. |
| Time Concluded: | 1:28 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 52 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Wilhelmina M. Wright, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
  For Plaintiff:   David C. Recker and Danya E. Atiyeg, Assistant United States Attorney
  For Defendant:   Joshua L. Dratel and JaneAnne Murray   ☐ FPD   ☐ CJA   √ Retained   ☐ Appointed
Interpreter/Language: N/A
☐ Appointment of Counsel requested - ☐ granted   ☐ denied.
☐ Appointed

PROCEEDINGS:
  √ **Arraignment** on √ Information, ☐ Indictment
  √ **Plea Hearing.**
  √ **Initial Appearance.**
  √ Indictment waived.
  ☐ Defendant withdraws plea of [w/d plea of ] as to Count(s): [w/d plea as to counts]

  √ PLEA:
    √ Guilty as to Counts: 1 & 2
    ☐ "Nolo Contendere" as to Count(s):
    √ Defendant admits allegations in the Information.

  √  Presentence Investigation and Report requested.
  √  Order for Conditions of Release and Appearance Bond issued.
  √  Sentencing will be scheduled at a future time before Judge Wilhelmina M. Wright.
  ☐  Defendant remanded to the custody of the U.S. Marshal.

s/Terianne Bender
Courtroom Deputy