# United States District Court

## FOR THE

### DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                      Criminal No. 18-67 WMW

TERRY J. ALBURY,

        Defendant.

Terry J. Albury, the above-named defendant, who is accused of Unauthorized Disclosure of National Defense Information, in violation of Title 18, United States Code, Section 793(e), being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: 4/17/2018

                                               TERRY J. ALBURY, Defendant

                                               PATRICK T. MURPHY
                                             DAVID C. RECKER
                                             DANYA E. ATIYEH, Witnesses

                                             JANEANNE MURRAY, Esq.

                                             JOSHUA DRATEL, Esq.

SCANNED
APR 18 2018
U.S. DISTRICT COURT ST. PAUL