UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 18-cr-00067 (WMW)

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    **NOTICE OF APPEARANCE**

TERRY J. ALBURY,

Defendant.

Please add the following Department of Justice Trial Attorney to the above-captioned case:

Add

Patrick T. Murphy

Dated: April 20, 2018

Respectfully submitted,

JOHN C. DEMERS
Assistant Attorney General
for National Security
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. § 515

Patrick T. Murphy
Trial Attorney
National Security Division