UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br> - against -<br><br>TERRY ALBURY,<br><br>         Defendant. | MOTION TO EXTEND TIME<br>TO FILE OBJECTIONS TO<br>PRESENTENCE REPORT<br><br>18-CR-67 (WMW) |

**PLEASE TAKE NOTICE THAT** the defendant, Terry Albury, by and through his attorneys Joshua Dratel and JaneAnne Murray, hereby moves the Court to extend the time for filing the parties' objections and proposed amendments to the presentence report. Presently, such objections are due June 28, 2018. Mr. Albury requests an extension of 14 days to July 12, 2018. The reason for this request is that additional time is necessary to present the defense response to the presentence report effectively. The government does not oppose this motion.

Dated: June 25, 2018

MURRAY LAW, LLC

By: _s/JaneAnne Murray_
JaneAnne Murray, #384887
The Flour Exchange Building
310 Fourth Avenue South, #5010
Minneapolis, Minnesota 55415
Telephone: (612) 339-5160
jm@mlawllc.com

**ATTORNEY FOR TERRY ALBURY**