UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>- against -<br><br>TERRY ALBURY,<br><br>                            Defendant. | DECLARATION IN SUPPORT<br>OF MOTION TO EXTEND TIME<br>TO FILE OBJECTIONS TO<br>PRESENTENCE REPORT<br><br>18-CR-67 (WMW) |

**JANEANNE MURRAY** declares as follows:

1. I am one of the counsel of record for the defendant, Terry Albury. I submit this declaration in support of his motion to extend by two weeks the time for the parties to file objections and proposed amendments to the presentence report.

2. Currently, pursuant to Local Rule 83.10, these objections are due on June 28, 2018.

3. Co-counsel Josh Dratel and I seek an extension to July 12, 2018. We seek this additional time so that we can more effectively draft our response to the presentence report, in light of various hearings and filing deadlines in our other professional matters.

4. The government does not oppose this request.

Dated: June 25, 2018

MURRAY LAW, LLC

By: _s/JaneAnne Murray_
JaneAnne Murray, #384887
The Flour Exchange Building
310 Fourth Avenue South, #5010
Minneapolis, Minnesota 55415
Telephone: (612) 339-5160
jm@mlawllc.com

**ATTORNEY FOR TERRY ALBURY**