UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>- against -<br><br>TERRY ALBURY,<br><br>                            Defendant. | MOTION TO SET SCHEDULE FOR SENTENCING POSITION PAPERS<br><br>18-CR-67 (WMW) |

**PLEASE TAKE NOTICE THAT** counsel for the United States and Terry Albury jointly move the Court to set the following schedule for briefing on sentencing issues:

1.  The parties' sentencing position papers should be filed on or before October 1, 2018; and

2.  Responses to opposing counsel's papers (if any) should be filed on or before October 5, 2018.

3.  This briefing schedule is requested to ensure that the parties have sufficient time to review the final presentence report issued on July 26, 2018, and fully brief all matters relevant to sentencing.

Respectfully Submitted, August 8, 2018

| | |
|---|---|
| UNITED STATES OF AMERICA | MURRAY LAW, LLC |
| By:  *s/Danya E. Atiyeh* | By:  *s/JaneAnne Murray* |
| Special Attorney Danya E. Atiyeh<br>United States Attorney's Office<br>Eastern District of Virginia<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Telephone: (703) 299-3700<br>Danya.Atiyeh@usdoj.gov | JaneAnne Murray, #384887<br>Counsel for Mr. Albury<br>The Flour Exchange Building<br>310 South 4th Avenue, Suite 5010<br>Minneapolis, MN 55415<br>Telephone: (612) 339-5160<br>jm@mlawllc.com |