UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>TERRY J. ALBURY,<br><br>                Defendant | Case No. 18-cr-00067 (WMW)<br><br>**UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR LEAVE TO FILE BRIEF AS** *AMICUS CURIAE* |

      The Reporters Committee for Freedom of the Press respectfully moves this Court to file the accompanying brief as *amicus curiae*.  Both parties consent to this motion.

      The accompanying brief seeks to provide the Court with two specific observations regarding Espionage Act prosecutions of individuals for the disclosure of national defense information to the news media.  These observations are based on the Reporters Committee's historical research and factual survey of every federal case involving the unauthorized disclosure of government information to the press.

      The Reporters Committee, as an unincorporated nonprofit association of reporters and editors, fears that draconian sentences in Espionage Act cases will chill newsgathering and unduly restrict the free flow of information to the public.

      Accordingly, the Reporters Committee respectfully requests that the Court grant this motion and accept the accompanying brief for its consideration in sentencing.

DATED:  October 4, 2018

                                              *s/ Mark R. Anfinson*
                                              Mark R. Anfinson

                                                  Attorney for Reporters Committee
Lake Calhoun Professional Building
3109 Hennepin Ave. S.
Minneapolis, MN 55408
Phone: 612-827-5611
*mranfinson@lawyersofminnesota.com*
Atty. Reg. No. 2744