**DELETION CODES**

B. INFORMATION, THE DISCLOSURE OF WHICH WOULD TEND TO REVEAL THE IDENTITY OF AN INFORMANT.

G. THE LAW ENFORCEMENT PRIVILEGE - THE DISCLOSURE OF THIS INFORMATION COULD CAUSE HARM TO, IMPEDE, IMPAIR, OR HINDER AN INVESTIGATION AND/OR AN INVESTIGATIVE INTEREST OF THE FBI.

P-1. INFORMATION, THE DISCLOSURE OF WHICH WOULD BE AN UNWARRANTED INVASION OF THE PERSONAL PRIVACY.

S. PERSONAL IDENTIFYING INFORMATION RELATED TO LAW ENFORCEMENT PERSONNEL AND THEIR FAMILY MEMBERS, THE DISCLOSURE OF WHICH IS ROUTINELY GUARDED FOR SECURITY REASONS.

Since its inception, the FBI has employed a myriad of tactics aimed at developing ties in the communities it's charged with both serving and protecting. Whether one is dealing with violent criminals or intelligence officers, the FBI's traditional approach with human sources has been to employ some variation of the "recruitment cycle." Coupled with this approach is the old adage of "a cop is only as good as his/her informants." As a result, the law enforcement officer tends to utilize a system that doesn't always take into account the complex and diverse nature of our profession – especially as it pertains to building meaningful relationships with the public. With that in mind, it is recommended that FBI Minneapolis executive management consider the implementation of a "cop on the beat" approach in developing human sources. The ultimate goal of this initiative is to engender trust, mutual respect, and build sustainable long-term relationships with a cross section of the Minneapolis-St. Paul Islamic community.

*"We must always remember that whenever you see a policeman, he is your friend."* The words from George J. Zaffo's 1956 book "Your Police" ring true today. Throughout cities around the country, law enforcement agencies, both big and small, are seeking a return to the days of the beat cop. Earlier this year, the New York City Police Department unveiled the initiative "One City: Safe and Fair – Everywhere." Its overarching principle is grounded in the idea of gaining community support while building productive partnerships with all sectors of society. New York's Mayor, Bill de Blasio, likened the initiative to "the cop on the beat."

From the vantage point of local law enforcement, the beat cop's success lies in his/her ability to truly develop close ties and meaningful relationships with citizens on his/her beat. Ideally, the public should view that officer as their conduit of support on everything from an abandoned car in a parking lot, teenagers blasting loud music in a residential neighborhood, or a suspicious person camped out in front of a neighborhood school. Ultimately, the officer's sole focus should be on truly getting to know the men, women, and children who work, live, and play in the areas they serve.

The beat cop's perspective in law enforcement not only holds true for generalized policing in cities and urban centers, but also for direct engagement with insular immigrant communities who traditionally view an agent or officer with suspicion.

In March 2007, the Australian Federal Police (AFP) formed the Islamic Liaison Team (ILT) which was dedicated to promoting diverse and harmonious engagement between the AFP and its Islamic community. AFP Federal Agent ▓▓▓ (P-1) ▓▓▓ said the program was created after feedback from members of the Islamic community who felt they were under undue suspicion and scrutiny by law enforcement authorities.

> "These issues were contributing to a distrust of the AFP, which largely came from a general misunderstanding of the roles and responsibilities of law enforcement and national security operations, Federal Agent ▓▓▓ (P-1) ▓▓▓ said. In particular, the consensus is particularly prevalent among Muslim youth who are generally struggling to find a constructive place within Australian society." Federal Agent ▓▓▓ (P-1) ▓▓▓ also said that strengthening the Muslim communities' relationships with law enforcement, demystifying the AFP's role and communicating at grass root levels were the key issues identified by the Islamic Liaison Team (ILT)."

Following an unveiling of the ILT, the Human Rights and Equal Opportunity Commission (HREOC) drafted "Unlocking Doors" – a report on creating dialogue between Muslim communities and police. Ultimately, the report supported the ILT's approach and recommended its implementation in police agencies around the country.

In 2010, the Los Angeles Sheriff's Department created their version of a Muslim Community Liaison Officer. According to Sheriff [redacted] (P-1) "mistrust between community members and law enforcement can be reduced by implementing community outreach programs. We, as public safety officers, need to build trust with our communities." As such, Sheriff [redacted] (P-1) recommended officers establish relationships with both community leaders and members, visit mosques and cultural centers, and generally spend time making meaningful person to person contacts.

In 2006, FBI Director Robert Mueller made an appeal for broad and comprehensive cooperation between US law enforcement and the Islamic community:

> There are those [within American Muslim communities] who view the FBI with suspicion, and we must bridge that gap. . . . We need to reach the point where you are willing to come forward [to law enforcement] and say, "I have seen or heard something that you need to know." . . . The radicalization cycle can only be broken if we stand together against terrorism.

The weight of Director Mueller's words remain true in 2015 as evidenced by an explosion of FBI terrorism investigations on youth who have physically, financially, ideologically, and militarily lent support to the self-described Islamic State of Iraq and the Levant (ISIL).
In the May 2010 edition of the N.Y.U. Review of Law and Social Change, David Harris addressed the collective recognition by state, local, and federal law enforcement on the integral role played by the American Muslim community following the terrorist attacks of September 11, 2001.

It's important to note that there is no panacea to stem the flow of men, women, and youth to the ranks of ISIL and other terrorist groups around the globe. However, the FBI can achieve a level of success in this arena by building meaningful ties and relationships in the Muslim community. As David Harris stated, "these partnerships have extraordinary importance because they form information pipelines—conduits through which our law enforcement agencies can learn about real, concrete terrorist plots."

Of course, these relationships are no substitute for a well-placed FBI Confidential Human Sources (CHS). However, for the purpose of this report, the utilization of a CHS should be viewed as complementing rather than replacing the information gleaned during the course of direct, official, and open engagement with the Islamic community. With that in mind, it is recommended that FBI Minneapolis adopt a version of the community liaison officer/cop on the beat who will direct his/her attention on meeting the following objectives:

- Develop open and direct comprehensive contact with all facets of the Minneapolis-St. Paul Islamic community.

- Seek to foster and build trust, candidness, and mutual respect between the Minneapolis-St. Paul Islamic Community and the FBI.
- Create an atmosphere where the Minneapolis-St. Paul Islamic community feels safe in having open and official dialogue with the FBI.
- INSERT ADDITIONAL SPECIFIC GOALS
- INSERT ADDITIONAL SPECIFIC GOALS
- INSERT ADDITIONAL SPECIFIC GOALS
-