François Génin  
2843 Forest Ave.  
Berkeley, CA 94705

October 1, 2018

The Honorable Wilhelmina M. Wright  
United States District Judge, District of Minnesota  
334 Federal Building  
316 N. Robert Street  
St. Paul, Minnesota 55101

Dear Judge Wright,

    I thank you for taking the time to read my letter. I respect your time and I will keep my letter short.

    My name is François Génin. I was born in Pittsburgh, PA. I grew up in France and did my undergraduate in Grenoble. I came back to Pittsburgh in 1986 to study at Carnegie Mellon where I received a Ph.D. in Metallurgical Engineering and Materials Science in 1991. I was then hired at Lawrence Livermore National Laboratory (LLNL) in the Chemistry and Materials Science Department as a Post-Doc where I initially worked on uranium alloys. I was hired permanently and led a laser damage group in the National Ignition Facility as part of the Inertial Confinement Fusion Program. I remained an employee of the Department of Energy and the University of California for about 13 years. During my employment, I held a security clearance and I am familiar with the rules related to classified information. While at LLNL, I started a company with a partner (Berkeley Advanced Biomaterials) in 1996 to do research on hydroxyapatite. The company received FDA clearance on several bone graft materials for use in orthopedic and spine applications. In 2005, I expanded the scope of the company to include tissue banking activities. I have been the CEO since the start of the company and I currently employ close to 40 employees to serve hospitals in the US and overseas.

    I met Terry Albury for the first time 10 years ago when his sister Carmen introduced me to her family. I attended Terry's wedding shortly before he went to Iraq. I married Carmen in October 2010. Carmen and I have two beautiful children (a 6-years-old girl and a 2-years-old boy). I did not interact a lot with Terry at the time but remember trying to have him reconsider going to Iraq. I remember that Terry was not the same person when he returned from his service in Iraq and we had a lot of discussions related to the use of torture. About 6 years ago, Terry moved from San Jose, CA to Minnesota and we actually became closer. Terry is a very thoughtful, respectful and kind individual. He has a very high sense of right and wrong.

    I knew that Terry started to not feel happy about the atmosphere in his office in Minnesota and I suggested to him to interview and seek another job. When the FBI fired Terry, it was very simple for me to hire him immediately. He holds the position of Inventory and Safety Manager. All my employees love Terry. Terry is very loyal and very useful to the company and I hope I will not lose him; in this booming economy, it is very hard to find good employees.

    Obviously, I hope that Terry will not be taken away. He is very loved in our family and in our community. He is an amazing father – and the little cousins love uncle Terry.

    I thank you again for taking the time to read my letter.

Best regards,  
François Génin

Ms. Arlene Albury
PO Box 16184
Oakland, CA 94610



**CERTIFIED MAIL®**

7017 1000 0000 2063 6285

U.S. POSTAGE PAID
OAKLAND, CA
94610
JUL 09, 18
AMOUNT
$2.95
55415
R2304H107983-44



JaneAnne Murray, Murray Law LLC
The Flower Exchange Bldg.
310 - 4th Ave. S., Suite 5010 (5th fl)
Minneapolis, MN 55415

7-17-18
doc #1 Final





Arlena Albury
P.O. Box 16184
Oakland, CA 94610-6184

Monday July 2nd, 2018

To the Federal Court - Minneapolis, Minnesota
c/o JaneAnne Murray-Murray Law LLC
The Flower Exchange Bldg.
310 - 4th Ave. S., Suite 5010 (5th Fl.)
Minneapolis, MN 55415

To the Honorable Judge

Undoubtedly one can easily write a long essay on Terry's character traits (the chiefest of which is dependability) by way of introducing him to others that don't know him personally.

---

Tuesday July 3rd, 2018

Yesterday, I had an appointment with my son Terry to take me to his house. He arrived punctually with his wife and children. He included me on a trip to the store en route in case there were things I may need to get. On the way, his 4 year old son told me about a playground experience he had "long ago." At the end of the story, Terry made a comment which to this son's delight confirmed & validated the little one's story.

This is just a small story of a real life event that is illustrative of Terry's attentiveness to the needs of others, his affection towards his extended family & respect for all alike being attentive to the little one in the midst of busyness.

I am spending more time with Terry recently. I am seeing more facets of his character that I appreciate. He puts others' needs before his own. In any group activity his first words are "anything I can do to help..." "do you need anything..." I feel thankful & deeply privileged to be his mother. Whatever the Creator has in store, I will relish to have a part in the journey ahead. I love Terry & the person that he is. Thanks

August 13, 2018

To: Honorable Judge Wilhelmina M. Wright
United States District Judge
District of Minnesota
334 Federal Bldg.
316 N. Robert St.
St. Paul, MN 55101

RE: Mr. Terry James Albury

Dear Honorable Judge Wilhelmina M. Wright,

I, Carmen L. Albury, am writing this letter on behalf of my brother Terry J. Albury. I have many things to say about Terry, which can't all be said in this letter! In short, I have always admired his empathy toward others and myself went faced with struggles. The empathy he expressed weren't mere words, but he wanted to help with his actions and many times he did. I remember when I started a new school and I was being picked on; Terry was always there to lend an ear, help in action and encouraged whether it was me or someone in the community.

Since as far as I can remember Terry has always had a strong desire to help his family and his community, which is why he joined the FBI. However, in the course of Terry's career he struggled with the Agency's procedures and protocols, which weighed heavy on him and his family for many years in relation to his values. In the midst of his struggle he committed an illegal action within the Agency, which is not typical of him.

Terry's desire has been to live and work in respect of the Declaration of Independence – We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that these are life, liberty and the pursuit of happiness.

As an individual and as a nation do we still hold to the truth of liberty and justice for all?

Respectfully,

*Carmen Albury*
Carmen Albury

September 27, 2018

To: The Honorable Judge Wilhelmina M. Wright
    United States District Judge
    District of Minnesota
    334 Federal Building
    316 N. Robert Street
    St. Paul, MN 55101

      **Re: Mr. Terry J. Albury**

Dear Honorable Judge Wilhelmina M. Wright,

Terry Albury and I are the sons of immigrant mothers that escaped the Eritrean-Ethiopian Civil War. Our unlikely friendship began in 1993 at Mountain Mission School (MMS), a Christian Boarding School in the Appalachian Mountains of Southwest Virginia. This Christian boarding school has been around since 1921, serving more than 20,000 at-risk youth; Terry and I are among the 20,000 served. MMS was our home, church, and school ten months out of the year. We weren't fast friends primarily because of our age difference. I initially built a friendship with his older brother Haile Albury because we were classmates. However, I noticed quickly that although Terry was a shy person he was kind, friendly, and respectful to everyone.

I remember his early years in high school as uneventful. He did not take his education seriously. But this all changed prior to the beginning of his senior year. It was then that he had decided he longer was going to be a mediocre student. Terry dramatically improved his grades and won the praise of his teachers and other students. He also realized his past poor performance may prevent him from attending a respectable college. One day Terry was attending a high school event where the President of Berea College was speaking. Terry recognizing this opportunity sought out President Larry Shinn after the event. He told President Shinn his story and pleaded for a slot within the incoming freshmen class at Berea College in Berea, Kentucky.

By 1999 we were both at Berea College, and I remember being so impressed with him and how much he had matured. Terry had become a responsible leader who would volunteer on campus and try to help other young students. He also had become so dedicated to his education and driven to create a bright future for himself. Terry was on the Dean's List regularly and recognized by his professors as a great student. In fact, Terry graduated with honors in 2001. I along with his mother and aunt were at his commencement joyfully celebrating his success. I remember being so proud of Terry when he started working at the FBI headquarters in Washington, DC. This young man had come a long way from his high school days and I was honored to have seen his progress. I would always tell people with such pride that my friend was an FBI Agent.

In the last seventeen years, Terry and I had both gotten married, were graced with children, and found our true career paths. We always managed to find the time to keep in touch with one another; that's what friends do. One of our recurring conversations was how do we make a difference in our community, not only by working in positions that allowed for such action but what we as individuals could contribute. Terry and I often pondered how to share our knowledge and experience especially with young people of color. We would share with each other our plans for inspiring our young children and building their confidence; always coming to the same conclusion that we had to tell our story. Although successful, there were struggles and barriers during our journey, even while failing at times; however, our goal was to be authentic and inspiring while showing others that they can overcome any obstacle in their life.

I often used Terry's success story to inspire young people who are looking for direction. I have a younger sister that graduated from the University of Houston with a Master's degree in Social Work. During one of our more recent conversations, she asked if I remembered telling her a story a few years back about an individual who studied sociology, and became a great student which later resulted in him becoming an FBI agent. She told me how Terry's story inspired her to take advantage of the opportunity to get a great education and that we are capable of being resilient in the darkest of times. If Terry inspired me and my sister, I can only imagine how many other lives he has touched and how many lives he can still impact. People like Terry make our society better. They are the best dads, friend, neighbor, and teacher. Your Honor, I ask that you consider that which will not disconnect Terry from his family, friends, and society. We need him.

Respectfully,


Felemon Belay

Hon. Wilhelmina M. Wright
United States District Judge
District of Minnesota
334 Federal Building
316 N. Robert Street
St. Paul, Minnesota 55101

**Re: Mr. Terry J. Albury**

July 11, 2018

Dear Honorable Judge Wright,

I am writing a letter of support for Terry Albury, who was my student at Berea College, graduating in 2001. I'm writing from my experience as Terry's former professor, though let me note that I'm writing in my personal capacity, not as an official voice for Berea College. I had Terry in multiple classes, and he was an excellent, engaged, and thoughtful student. Bright, energetic, and inquisitive, he exuded enthusiasm for learning. In class, his questions and comments exhibited a curiosity and engagement with the material that moved beyond simple mastery of skills. He was one of the class leaders, stepping in when classmates struggled and always willing to help others. I remember once when students were getting quite agitated during a debate, Terry was the one to gently redirect the discussion in ways that allowed all voices to be heard and respected all points. He was smart and intellectually engaged as a student and kind and compassionate as a classmate.

As you may already know, Berea College is an unusual school: we accept only low-income students primarily from the Appalachian region, offer full-tuition scholarships for all who are accepted, and require 10-15 hours labor of all students. Because of Terry's strong performance in his Sociology classes, we recruited him to work for our department his last two years. He was an excellent labor student, always prompt, courteous, and willing to do whatever work was required. His wry humor and quiet demeanor were lovely assets to our department, and it was always a joy to come in and find Terry working in the office.

In both his academics and labor, Terry was an upstanding young man, exhibiting integrity and strong ethical standards. Please know that he has my highest level of support.

Sincerely,

Jill Bouma
Professor of Sociology
Chair of Sociology Department
Berea College
Berea, KY

September 16, 2018

Hon. Wilhelmina M. Wright
United States District Judge
District of Minnesota
334 Federal Building
316 N. Robert Street
St. Paul, Minnesota 55101

Re:  Mr. Terry Albury

Your Honor,

My name is Jacqueline Burnside, and I have taught Sociology courses at Berea College since 1986.  I had the pleasure of teaching Terry Albury in various classes during his undergraduate years.  He was a very attentive and conscientious student who excelled.

Over the decades, I have shared Terry's journey of accomplishing his dream to become an FBI agent with our first-year Berea College students as a testimony that through perseverance and hard work, one can overcome their life's obstacles and challenges.  I had watched Terry start out as a young man from a low socio-economic background to become an accomplished professional.  As a junior, Terry's journey included a well-researched application process and an FBI in-person background check, whose positive results led to his summer internship.  As a senior, Terry next applied for career employment with the FBI and was hired upon his graduation.  Hence, for our students, Terry's ability to utilize the College's resources to refine his intellect, engage his empathy and offer service to community inspires hope.

 Briefly to recall another occasion, my sociology class on *Race in America* (SOC 332) had an assignment requiring quantitative analysis using U.S. Census trends about race and ethnic groups.  Many students were anxious since we were piloting new computer software. I appreciated Terry's initiative to share his insights with his peers, actions which helped his class team up to figure out the problems of software and sociological analysis.   His insightful intelligence, quiet and thoughtful demeanor, made him a pleasant helpmate for his peers, and likewise, a very responsible student for me.

I do see, by Terry's acknowledgment of his role in the crime, a continuance of his earlier trait of responsibility.  Thus, I am hopeful that Terry's sentencing will enable him to continue service to community and thereby, reclaim his good standing.

Respectfully Yours,

*Jackie Burnside*
Jacqueline Burnside, Ph.D.
Professor of Sociology, Berea College, Berea, Kentucky 40404

Received via email:

Hon. Wilhelmina M. Wright
United States District Judge

Dear Judge Wright,

    I am writing you to describe my experience with Mr. Terry Albury. It is with considerable sorrow that I find myself writing this letter. I am a retired Sociology at Berea College in Kentucky. Terry was a much valued and exemplary student of sociology here during early 2000. He was my student in many sociology courses at that time and I was his academic advisor. I found him to be a young man of great intelligence, with a passion for justice, and possessing exemplary moral judgment.

    He was interested in public service and he was accepted for an extremely competitive summer internship training experience with the FBI in Washington D.C. When he returned from his participation in this program he believed he had found an organization in sympathy with his own high values. I have the highest confidence possible that Mr. Albury continues to live this life of probity.

    He was a fine young man and a patriotic American--in my view there were none finer—illegal behavior was/is not typical of Terry!

Yours truly,
Thomas A. Boyd, PhD
Berea College Emeritus Professor of Sociology

From: **Ernie Hertzog** erhertzog@mmskids.org
Subject: Terry Albury
Date: July 5, 2018 at 8:06 AM
To: jm@mlawllc.com
Cc: felemonbelay@hotmail.com

Ms. Murray,
  I apologize for not writing a letter meeting your specific requests. Too much time has passed for me to remember specific illustrations of Terry's actions as a young child and young adult. My age has robbed me of most specifics but I still remember a young man whose charm, shyness and nature is held in deep respect. My support for Terry is unwavering and the least I could do for this young man, that I hold dear memories of, is write a short letter in his behalf.
  My prayers are with you as you strive to get Terry released.
Ernie


Your Honor,

    I am writing this letter in support of Terry Albury. I am an administrator at Mountain Mission School, the children's home where he and his siblings spent part of their childhood. I was also one of Terry's high school teachers.

    As a residential student Terry was always quiet but highly curious and observant. He was one who would go the extra mile beyond what was required. He spent his time tutoring classmates, playing with the younger boys on campus, and encouraging others. He did the right thing because it was the right thing to do.

    I believe in this young man and stand behind him during this time where his character is in question. As a student Terry's integrity earned my respect, and he still has my support.

                          Respectfully,

                            Ernest Hertzog, V.P.

                            MOUNTAIN MISSION School

7.5.18

--
**E. R. Hertzog**
**Vice President**
**Mountain Mission School**
**1760 Edgewater Dr**
**Grundy, VA 24614**
**#276-935-2954 Ext. 1180**

"Never tire of doing what is right."



**Rescuing Kids. Raising Leaders. Reaching Nations.**

Mountain Mission School functions as a full child care facility (home, church and school) for children with legitimate needs regardless of the child's race, age, color or creed. We operate as a nonprofit charitable organization, incorporated under the laws of the Commonwealth of Virginia.

age, color or creed. We operate as a nonprofit charitable organization, incorporated under the laws of the Commonwealth of Virginia.

728 S. Berendo St., #303
Los Angeles, CA 90005
323-483-2977
Socialservices79@yahoo.com

July 5, 2018

**To:** The Honorable Judge Wilhelmina M. Wright
*U.S. District Judge, District of Minnesota*
United States District Court
334 Federal Building
316 N. Robert Street
St. Paul, MN 55101

**Re: Mr. Terry J. Albury**

Dear Honorable Judge Wilhelmina M. Wright,

I am writing this letter on behalf of Mr. Terry J. Albury, who I have known for over twenty years. In fact, we graduated from Mountain Mission School in 1997; a small class of fifteen bright young minds. I was one of only two girls in our senior class and Terry was our protector. He was always someone I could count on, trustworthy, and a caring friend. Not only was he generous with his time, but he never left anyone behind. I often struggled with Algebra and he tutored me in class, because that is just how thoughtful Terry is. He treated me as if I was his younger sister, always bestowing upon me nothing but kindness and respect. I used to always ask Terry why he was so quiet and with a smile I recall him saying something to the effect of, "Lula, my eyes and ears are still working."

He was always one of the first individuals to offer assistance to teachers, whether it was in the classroom, assembly hall, or in the dining hall. Terry was dedicated and also an active participant in church services, which included passing out communion, devotional services, and singing in the choir. He also mentored younger students. I always saw him taking the time to read with students, and participate in basketball or soccer games. He showed a strong sense of community and was invested in it. Today he is still the dedicated, loyal, driven, kind man I have always known him to be.

Terry is a dedicated father; as well as a husband, brother, son, mentor and friend. He has a loving and caring family, as well as a community of friends and other relatives that believe in him and will continue to be there for him and support him. It is why I ask you for your leniency when considering his sentence.

Respectfully,

Lula Ahmed, LCSW

August 11, 2018
From: Negin Hudgens
To: Mr. Dratel and Ms. Murray
Re: Letter for Terry Albury

My name is Negin Hudgens, I am a compliance professional residing in San Francisco, CA. I was first introduced to Terry Albury about 11 years ago through his wife Somala. Somala was my colleague at the Credit Union in Sunnyvale CA. Shortly after meeting her, our relationship grew and we became friends. Over the past 11 years, I have interacted with Terry and Somala many times. Prior to their move to Minnesota, we had approximately one or two social gatherings a month. In all my interactions, I repeatedly witnessed Terry demonstrate positive characteristics that I highly respect and value. While I understand Terry has pleaded guilty to a crime, with this letter, I would like to share stories from my interactions with him over the years and shine light on his positive character as I have personally seen it.

Terry has a deep respect for the law. In fact, my first ever impression of him was made in a legal related context. I remember one day Somala came to work very late which made our boss very unhappy. When I asked her what happened, she told me that her car broke down and she needed a ride. I asked her how come your husband didn't pick you up while you were stranded on the road? She responded by telling me that Terry was driving his work vehicle and it was against the policy to let his wife ride in his vehicle, even for a few minutes. While he helped Somala take care of the situation, he did not violate this policy. That was my first impression of him: before even meeting Terry, I knew he is a person of integrity who follows the rules.

After meeting Terry and spending more time with him, I continued to learn more about his positive qualities. Terry is a caring human being who has a genuine willingness to lift others around him and help them as much as he can. When I first met Terry, my mother, sister and I had just migrated to the US, facing various challenges as we settled into our new lives and built a new home. We did not know that many people and everything felt new and different. But Terry showed a natural ability to make people around him feel welcome. He treated my sister, mother and I with respect and created an inclusive environment. With his behavior and demeanor, he earned our respect and even became friends with my husband, Ryan (boyfriend at that time). To provide you with some examples, I remember he provided valuable guidance and patiently answered my sister's many questions about university majors and different career paths in the US. A few times where my relationship with Ryan was going through some challenges, I felt comfortable enough to open up to Terry and ask for his perspective. Without any judgement, he patiently listened to me and offered me valuable advice to help me build a stronger relationship with Ryan. His advice was always based on and promoted principles of trust, integrity, patience and unconditional love.

Over the years, I saw more examples that corroborated my initial observations about Terry. He has always been Somala's rock- a strong, caring husband that not only cares for his wife and kids, but also cares for her family and friends and his country. I repeatedly witnessed Terry caring for Somala's mother and brother when they were ill. Without any hesitation, he would do anything to help her family when needed. Somala's sisters always considered Terry their older brother and felt very close to him. When Terry went to Iraq, Somala was pregnant. As a friend, I

remember how hard it was for her to be by herself while Terry was facing his own hardships working in an unsafe and unpredictable environment, away from his pregnant wife, his family and his home. But Terry made these hard choices to build a better life for his family and serve his beloved country. Later after they started their family, it was evident what a great father he is.

When I first heard about what happened, I was in complete shock. I would have never suspected Terry committing a crime. My interactions with him have always consistently shown him to be an honest, loyal, caring and genuine person with a profound respect for the law. I saw the negative impact this situation has had on his family and on himself.

I know times have been very tough and I know the road ahead will be a challenging one but I also know that Terry has a community behind him, including myself and my family, who will help him and his family rebuild their lives and provide a stable home for their children to grow in.

July 22, 2018


The Honorable Wilhelmina M. Wright
United States District Judge
316 N. Robert Street, St. Paul, MN 55101


Your Honor,

I am writing this letter on behalf of my dear friend, Terry Albury. I believe that he is a man of good moral character who truly wants to make a difference in this world. He is passionate about justice, racial equality, giving to those less fortunate and loving his family and friends to the best of his abilities.

I first met Terry Albury in January 2018. His sister Carmen Albury, who my family and I knew for about two years, invited Terry to the church where I served as teaching pastor at the time. Unexpectedly, within a few weeks, Terry and I became what I consider to be good friends. Our families would spend weekend afternoons together at the park, and we started meeting up weekly just to talk and process how our week was going.

In our conversations, Terry would open up about why he and his family had moved from Minneapolis and what they had been going through. He shared about the sadness and guilt he felt about the present situation, the difficulties it had brought upon his wife and kids, and the helplessness of not knowing whether he'd be able to ensure the future for his family.  At the same time, he was always quick to point out how thankful he was to be alive and to have the strong support of family and friends during this difficult time.  I believe, based on our conversations, that Terry acknowledges his wrong actions and is courageously willing to receive the consequences handed to him. However, I also believe that Terry has changed so much over the past months. He has been humbled by all that's happened to him. Few people I know are more tender hearted than him. For him to receive a chance to move forward and play a positive role in society, as well as have the freedom to start a new life with his family, would mean the world to him.

When I think about Terry, the first picture that comes to my mind is how he's always surrounded by kids--his own kids and/or the kids at the church. They love to sit around him, listen to him tell stories and just play around with him.  No other adult in my church drew such a following from the children!  But, time spent with Terry was not always about goofing off. My two sons (at the time, 12 and 8 yrs old) would often share what Terry had said to them during their conversations. One lesson that I recall distinctly is when they conversed about the importance of respecting each individual and not putting people down. For example, when he watches team sports, he simply refuses to "boo" the opposing team or say disparaging things against them. What I find striking about Terry is that he has such an easygoing personality that people feel drawn to, and yet, he also has this quiet intensity about his belief in treating people rightly.

Terry would often ask me whether there was a way he could serve people in need. He explained that this desire to give was the natural response he felt when he thought about how much blessing God had given him. So, when our church put together a team to help a young man at our church who was in need of food and a used car, Terry was one of the first to volunteer to bring bags of grocery and get a fundraising effort started.

I truly believe that this season he's in has helped to change and grow him as a person. Though things remain unsettled, Terry intentionally takes care to spend time with his wife and kids to keep a sense of normalcy, stay engaged in his friends' lives rather than closing himself off, and continues to work so he can provide for his family.  In the midst of everything, Terry's efforts to be strong for his family and friends, even as he's personally struggling to remain hopeful, is remarkable.

I'm convinced that this was a one-off situation for Terry and that he would choose what is right should a similar circumstance arise. Judging from my knowledge of Terry, it is clear that this experience has taught him so much about upholding the law as well as making wise choices overall.

You can contact me at (925) 699-1045 if you have any questions regarding anything I have shared.

Truly yours,


In Sok (Brian) Kyong
Email: eschatonian@gmail.com

# TESFAYE | AMARE, PLLC
*ATTORNEYS AND COUNSELORS AT LAW*
_____

5680 KING CENTRE DRIVE, SUITE 600
ALEXANDRIA, VIRGINIA 22315

Girum Tesfaye  TELEPHONE: 703.647.3690
Paulos Amare  FACSIMILE: 703.647.3601
--------
Juliana O'Neill  www.tandalaw.com
Cassandra Radloff

July 15, 2018

Hon. Wilhelmina M. Wright
United States District Judge
District of Minnesota
334 Federal Building
316 N. Robert Street
St. Paul, Minnesota, 55101

Dear Honorable Judge Wright,

My name is Girum Tesfaye. I live in the Commonwealth of Virginia with my wife and two daughters. I am a member of the Virginia State Bar and practice Family and Immigration Law at Tesfaye | Amare, PLLC.

I write to you on behalf of Terry Albury, a life-long friend with whom I grew up during some of the most consequential teenage years of our lives. Terry and I met over twenty years ago at Mountain Mission School ("MMS"), a boarding school in Grundy, VA. Terry and I, like almost of the students at MMS were not there because we hailed from wealthy families who could afford a private school tuition. Rather, we were at MMS because we needed the safe and secure environment provided by the looming mountains encapsulating the school.

What I remember most about Terry Albury was his sudden transformation from a playful kid to a somber, muted academic. It happened at the beginning of his Freshman year or Sophomore year in high school. It was as sudden as the proverbial light switch turning on and waking a dormant side of Terry which was more thoughtful than spirited; he was more grounded in temperament than ever before. Even at such an impressionable age, I recall Terry resisting peer pressure. And while it was not his style to preach at anyone, witnessing his growth and experiencing the example he set was enough for me to evaluate my own disposition. I took notice of Terry's newfound focus and became a better person for it. Terry and I remained close as we navigated our way out of adolescence and into adulthood and I credit his early guidance for my success.

It was no surprise to anyone when FBI agents visited the secluded town of Grundy, VA while vetting Terry's background during his candidacy for employment. The teachers spoke proudly of Terry and how he was a serious candidate to join the ranks of the Federal Bureau of Investigation. Characteristically, Terry did not brag or boast. Instead, we his friends, his former teachers and anyone close enough to claim him a friend bragged to each other and to anyone who crossed our path. Terry was one of our own, an MMS alumnus, who made it.

Terry Albury is a remarkable family man with an unparalleled sense of honor and duty. The acts for which Terry has pleaded guilty are incongruent to the trajectory his life has taken. Terry's acceptance of responsibility for his actions is more in line with his character. Accordingly, I implore this Honorable Court to take special note of Terry's acceptance of responsibility. As the Court is aware, Terry Albury has no prior criminal convictions. Terry has taken ownership of his actions without reservation and fully acknowledges the consequences of his actions. Terry's life will never be the same, but he has a vast network of family, friends and supporters to help him move on with his life and become a contributing member of society at large once more.

Your Honor, it is no enviable task having to make decisions which affect people lives in such a profound way. The same hands which drafted the guidelines and statutes you will consider also bestowed upon you the power of discretion. Your discretionary authority allows you to look between the lines of our laws, statutes, codes and regulations. Your discretionary powers are the lens through which you can see Terry Albury, a family man and contributing member of his community, and not merely a nameless defendant. It is also the lens through which you can see and consider the impact on the unnamed Defendants – Terry's wife and children: Somala, Mealea and Myles.

I take comfort in believing that Your Honor's assessment and deliberation will take full note of the stories told of Terry Albury. It is my hope that the totality of Terry's life and the remorse that he has shown will guide your discretion accordingly.

Sincerely,

Girum Tesfaye

Johnny Khith  
2346 Stonecrest Path Nw  
Prior Lake, MN 55372

October 3rd, 2018

The Honorable Judge Wilhelmina M. Wright  
United States District Judge  
District of Minnesota  
334 Federal Building  
316 N. Robert Street  
St. Paul, Minnesota 55101

Dear Honorable Judge,

    I am a hard working middle class citizen with 4 kids and a wife. I've lived in the state of Minnesota 10+ years now. Prior to that, I lived in California before I decided to move here to start a family.

    I've known Terry since 2016. Even though it seems like only a short period of time to get to know someone, it felt like a lifetime. We met through his wife, who is a longtime family friend of over 30 yrs. We only recently discovered that they moved to MN at the time and around our neighborhood.

    The first time Terry met myself, family, and friends we all hit it off right away. Since then we were all inseparable. Seeing and talking to each other was a weekly thing. If we didn't hang out on the weekends with our families, we would text often. It would consist of making plans with our families for our next outing or barbeque.

    Terry entered into our lives which includes a big group of friends and received an immediate liking from everyone. He never raises his voice and is always the person to sit and listen quietly and talk conflicts through. He is always the voice of reason when it comes to dealing with the kids as well.

    Terry has been such a positive motivating force. All of the kids could not get enough of him. Whenever someone needed help with anything he'd be the first person to offer his helping hand.

    Terry did not tell us himself personally about what he had done. We only found out later in news articles. He did however reach out to us and said that he had done something that impacted his career and his life. Even not knowing the details of what it was we still believed in him and supported him and his family. Because with a person of Terry's character we know whatever he did it was because of his passion and strong belief for a better future.

    After losing his job, he was not the same Terry. He was only an existing shell of his former self. He was very quiet and withdrawn, and didn't come around as often. He also lost a ton of weight. Our contact with him has been far and few.

    After all of this our opinion has not changed of Terry. We are all devastated by what he and his family are going through. His family and his kids are everything to him, we cannot imagine what will happen to them if he were no longer there to take them to school or tuck them in at night.

Yours faithfully,

*[signature]*  
03 OCT 2018

Hon. Wilhelmina M. Wright
United States District Judge
District of Minnesota
334 Federal Building
316 North Robert Street
St. Paul, Ramsey County,
Minnesota 55101-1495

Your Excellency,

I am writing to you concerning Mr. Terry Albury whose case will soon come before your noble court for sentencing in September of 2018. My name is Mr. Akili Ujima and I would like to attest, humbly, to the virtues, high caliber and personal qualities of the young man before this court.

Your Honor, when you enter the court room to start your proceedings, you will notice an astute Mr. Terry Albury, who will make and keep strong eye contact with his chest pointed directly at you fully ready to take full responsibility for his actions. Mr. Albury's quiet confidence, as a positive influencer belies the challenges he faced in his childhood to become a college graduate and ultimately an agent.

On this humid distinctive Kentucky day, in the spring of 1997, Mr. Albury and I were on the steps of the Hutchins Library engaged in a spirited discussion that only carefree college students think are important. I asked smugly and intently about child sex trafficking, "so what are you going to do about it?" He said something I will never forget, "I want to become an FBI agent to put a stop to it and I will do it!" Then and there I knew I was dealing with a man of drive, integrity and determination.

Every day, from that day forward I recall this conversation and John Seaman Garns quote that "true leaders are ordinary people with exceptional resilience and extraordinary determination" for
Mr. Terry Albury to became a college graduate and an Agent.

Mr. Terry Albury, his brother Hailey Albury, I and many others of limited means all attended Berea College in Kentucky. Berea College charges no tuition and is a liberal arts work college founded in 1855. Berea is distinctive among post-secondary institutions for providing free education to students and having been the first college in the South to be co-educational and racially integrated.

In closing, General Norman Schwarzkopf writes "the first things we learned in West Point, is that integrity is the most important thing of all" which means more than just 'the truth' it also means doing the right thing. The court and sentencing proceeding is a means of restoring Mr. Albury's integrity to right the wrong that he has committed. Therefore, I write Your Honor for a reduction well below the sentencing guidelines and the prosecutor recommendation for Mr. Terry Albury.

Indeed the grace of God upon all of us is immense and tremendous.

_____
Mr. Akili Ujima   Akili.Ujima@gmail.com
Education: Special Learning Needs Coordinator
601 McDonough Blvd Southeast,  Atlanta, Fulton County, Georgia 30315-4400

**(859) 684 1823  tel: mobile after 5pm EST**
**(859) 907 8939  tel: mobile after 5pm EST**