# Attachment Index

| 1 | Copy of Affidavit of FBI Assistant Director E. W. Priestap |
|---|---|
| 2 | Copies of Terry J. Albury's Signed FBI 1001 Forms |