# ATTACHMENT 2

# CONSENT FOR WARRANTLESS SEARCHES OF
# DEPARTMENT OF JUSTICE WORKPLACES

An agreement between Terry Albury and the United States.
(Printed Employee Name)

1. Intending to be legally bound, I enter into this agreement in consideration of my being granted access, or retaining access, to information or material classified under Executive Order 12958, "Classified National Security Information," or a successor order, referred to in this agreement as classified information. I understand and accept that, by granting me access to classified information, the United States Government is placing special confidence and trust in me.

2. I have received a security briefing concerning the protection and safeguarding of classified information, including the procedures for its protection when it is not in my immediate custody, and I understand these procedures.

3. I have been advised that negligent handling, misuse, or inadequate safeguarding of classified information could cause irreparable injury to the United States or be used to advantage by a foreign nation.

4. In consideration of being granted access to classified information, I hereby consent to warrantless physical searches of my office or workplace within the Department of Justice, and anything in my office or workplace that might hold classified information, including but not limited to locked containers (such as briefcases) and electronic storage or processing media (including laptop computers, disks, and PDAS), whether owned by the Government, by me, or by a third party.

5. I understand that the searches described in paragraph 4 are for the purpose of determining whether classified information in my custody is being safeguarded in compliance with Department of Justice and Executive Branch security regulations and federal statutes, including prohibitions against unauthorized disclosure of classified information. I understand that the searches are for the purpose of ensuring compliance with these standards and to aid investigations into possible violations, including criminal violations. I understand that the searches may be conducted by Department security personnel and/or by law enforcement agents, including agents of the FBI, and that

1 - Employee Personnel File

information obtained from these searches may be used in disciplinary or criminal proceedings against me or others, including proceedings unrelated to the safeguarding of classified information.

      6.    I also understand that this consent form will not be used as a basis for a search of my office or workplace unless the Attorney General or the Deputy Attorney General finds that one or more of the following conditions have been met:

    a.    information the Department deems credible indicates that I am, or may be, disclosing classified information in an unauthorized manner;

    b.    information the Department deems credible indicates that I have incurred excessive indebtedness or have acquired a level of affluence that cannot reasonably be explained by other information;

    c.    information the Department deems credible indicates that I had the capability and opportunity to disclose classified information that is believed to have been lost or compromised to a foreign power or an agent of a foreign power; or

    d.    information the Department deems credible indicates that I have repeatedly or significantly mishandled or improperly stored classified information.

      I understand that the terms "foreign power" and "agent of a foreign power" have the meaning provided in 50 U.S.C. 1801, the Foreign Intelligence Surveillance Act.

      I understand that the four conditions listed above are promulgated solely for the purpose of internal Department of Justice guidance. They are not intended to, do not, and may not be relied upon to create any rights, substantive or procedural, that are enforceable at law by any party in any matter, civil or criminal, nor do they place any limitations on otherwise lawful investigative prerogatives of the Department of Justice. Thus, I understand that the finding underlying a search or seizure is not subject to challenge by me on any ground, including its factual correctness, with respect to any search or seizure conducted pursuant to this Agreement. However, I also understand that the finding of facts made by the Attorney General or Deputy Attorney General in authorizing a search will not be used to establish the facts found for other purposes, such as a Departmental proceeding concerning revocation or reinstatement of a security clearance.

-3-

7. I understand that all classified information to which I may obtain access by signing this Agreement is now and will remain the property of the United States Government. I agree that I will return all classified materials that may come into my possession or for which I am responsible because of such access upon demand by an authorized representative of the Department of Justice or upon the conclusion of my employment or other relationship with the Department of Justice.

8. Unless and until I am released in writing by an authorized representative of the Department of Justice, I understand that all conditions and obligations imposed on me by this Agreement, including my consent to searches of my office or workplace within Department of Justice premises, apply during the time I am granted access to classified information, and for three-years thereafter if I remain an employee of the Department of Justice.

9. Each provision of this Agreement is severable. If a court should find any provision of this Agreement to be unenforceable, all other provisions of this Agreement shall remain in full force and effect.

10. I have read this Agreement carefully, and my questions, if any, have been answered to my satisfaction. I make this Agreement voluntarily and without any mental reservation or purpose of evasion.

_____     4/2/02
Signature                           Date

The execution of this Agreement was witnessed by the undersigned who accepted it on behalf of the Department of Justice as a prior condition of access, or continued access, to classified information.

WITNESS AND ACCEPTANCE: _____     4/2/02
                        Signature                    Date

CONSENT FOR WARRANTLESS SEARCHES OF
DEPARTMENT OF JUSTICE WORKPLACES

An agreement between  Terry Albury  and the United States.

1. Intending to be legally bound, I enter into this agreement in consideration of my being granted access, or retaining access, to information or material classified under Executive Order 12958, "Classified National Security Information," or a successor order, referred to in this agreement as classified information. I understand and accept that, by granting me access to classified information, the United States Government is placing special confidence and trust in me.

2. I have received a security briefing concerning the protection and safeguarding of classified information, including the procedures for its protection when it is not in my immediate custody, and I understand these procedures.

3. I have been advised that negligent handling, misuse, or inadequate safeguarding of classified information could cause irreparable injury to the United States or be used to advantage by a foreign nation.

4. In consideration of being granted access to classified information, I hereby consent to warrantless physical searches of my office or workplace within the Department of Justice, and anything in my office or workplace that might hold classified information, including but not limited to locked containers (such as briefcases) and electronic storage or processing media (including laptop computers, disks, and PDAS), whether owned by the Government, by me, or by a third party.

5. I understand that the searches described in paragraph 4 are for the purpose of determining whether classified information in my custody is being safeguarded in compliance with Department of Justice and Executive Branch security regulations and federal statutes, including prohibitions against unauthorized disclosure of classified information. I understand that the searches are for the purpose of ensuring compliance with these standards and to aid investigations into possible violations, including criminal violations. I understand that the searches may be conducted by Department security personnel and/or by law enforcement agents, including agents of the FBI, and that information obtained from these searches may be used in disciplinary or criminal

proceedings against ▇e or others, including p▇eedings unrelated to the safeguarding of classified information.

6. I also understand that this consent form will not be used as a basis for a search of my office or workplace unless the Attorney General or the Deputy Attorney General finds that one or more of the following conditions have been met:

a. information the Department deems credible indicates that I am, or may be, disclosing classified information in an unauthorized manner;

b. information the Department deems credible indicates that I have incurred excessive indebtedness or have acquired a level of affluence that cannot reasonably be explained by other information;

c. information the Department deems credible indicates that I had the capability and opportunity to disclose classified information that is believed to have been lost or compromised to a foreign power or an agent of a foreign power; or

d. information the Department deems credible indicates that I have repeatedly or significantly mishandled or improperly stored classified information.

I understand that the terms "foreign power" and "agent of a foreign power" have the meaning provided in 50 U.S.C. 1801, the Foreign Intelligence Surveillance Act.

I understand that the four conditions listed above are promulgated solely for the purpose of internal Department of Justice guidance. They are not intended to, do not, and may not be relied upon to create any rights, substantive or procedural, that are enforceable at law by any party in any matter, civil or criminal, nor do they place any limitations on otherwise lawful investigative prerogatives of the Department of Justice. Thus, I understand that the finding underlying a search or seizure is not subject to challenge by me on any ground, including its factual correctness, with respect to any search or seizure conducted pursuant to this Agreement. However, I also understand that the finding of facts made by the Attorney General or Deputy Attorney General in authorizing a search will not be used to establish the facts found for other purposes, such as a Departmental proceeding concerning revocation or reinstatement of a security clearance.

-3-

7. I understand that all classified information to which I may obtain access by signing this Agreement is now and will remain the property of the United States Government. I agree that I will return all classified materials that may come into my possession or for which I am responsible because of such access upon demand by an authorized representative of the Department of Justice or upon the conclusion of my employment or other relationship with the Department of Justice.

8. Unless and until I am released in writing by an authorized representative of the Department of Justice, I understand that all conditions and obligations imposed on me by this Agreement, including my consent to searches of my office or workplace within Department of Justice premises, apply during the time I am granted access to classified information, and for three-years thereafter if I remain an employee of the Department of Justice.

9. Each provision of this Agreement is severable. If a court should find any provision of this Agreement to be unenforceable, all other provisions of this Agreement shall remain in full force and effect.

10. I have read this Agreement carefully, and my questions, if any, have been answered to my satisfaction. I make this Agreement voluntarily and without any mental reservation or purpose of evasion.

_Jerry [signature]_  Signature    5/5/05  Date

The execution of this Agreement was witnessed by the undersigned who accepted it on behalf of the Department of Justice as a prior condition of access, or continued access, to classified information.

WITNESS AND ACCEPTANCE: _Joshua [signature]_ Signature    05/05/2005  Date

FD-1001 (10-250-2006)  



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

Bureau Personnel File Number ▮▮▮ or ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Non-Bureau Personnel Case Number ▮▮▮▮ ;

## CONSENT FOR WARRANTLESS SEARCHES OF
## DEPARTMENT OF JUSTICE WORKPLACES

An agreement between  Terry James Albury  and the
 Full Name (print)
United States.

   1.   Intending to be legally bound, I enter into this agreement in
consideration of my being granted access, or retaining access, to information
or material classified under Executive Order 12958, "Classified National
Security Information," or a successor order, referred to in this agreement as
classified information. I understand and accept that, by granting me access
to classified information, the United States Government is placing special
confidence and trust in me.

   2.   I have received a security briefing concerning the protection and
safeguarding of classified information, including the procedures for its
protection when it is not in my immediate custody, and I understand these
procedures.

   3.   I have been advised that negligent handling, misuse, or inadequate
safeguarding of classified information could cause irreparable injury to the
United States or be used to advantage by a foreign nation.

   4.   In consideration of being granted access to classified
information, I hereby consent to warrantless physical searches of my office or
workplace within the Department of Justice, and anything in my office or
workplace that might hold classified information, including but not limited to
locked containers (such as briefcases) and electronic storage or processing
media (including laptop computers, disks, and portable electronic devices
(PEDs), whether owned by the Government, by me, or by a third party.

   5.   I understand that the searches described in paragraph 4 are for
the purpose of determining whether classified information in my custody is
being safeguarded in compliance with Department of Justice and Executive
Branch security regulations and federal statutes, including prohibitions
against unauthorized disclosure of classified information. I understand that
the searches are for the purpose of ensuring compliance with these standards
and to aid investigations into possible violations, including criminal
violations. I understand that the searches may be conducted by Department
security personnel and/or by law-enforcement agents, including agents of the
FBI, and that information obtained from these searches may be used in
disciplinary or criminal proceedings against me or others including
proceedings unrelated to the safeguarding of classified information.

6. I also understand that this consent form will not be used as a basis for a search of my office or workplace unless the Attorney General or the Deputy Attorney General finds that one or more of the following conditions have been met:

   a. information the Department deems credible indicates that I am, or may be, disclosing classified information in an unauthorized manner;

   b. information the Department deems credible indicates that I have incurred excessive indebtedness or have acquired a level of affluence that cannot reasonably be explained by other information;

   c. information the Department deems credible indicates that I had the capability and opportunity to disclose classified information that is believed to have been lost or compromised to a foreign power or an agent of a foreign power; or

   d. information the Department deems credible indicates that I have repeatedly or significantly mishandled or improperly stored classified information.

I understand that the terms "foreign power" and "agent of a foreign power" have the meaning provided in 50 U.S.C. 1801, the Foreign Intelligence Surveillance Act.

I understand that the four conditions listed above are promulgated solely for the purpose of internal Department of Justice guidance. They are not intended to, do not, and may not be relied upon to create any rights, substantive or procedural, that are enforceable at law by any party in any matter, civil or criminal, nor do they place any limitations on otherwise lawful investigative prerogatives of the Department of Justice. Thus, I understand that the finding underlying a search or seizure is not subject to challenge by me on any ground, including its factual correctness, with respect to any search or seizure conducted pursuant to this Agreement. However, I also understand that the finding of facts made by the Attorney General or Deputy Attorney General in authorizing a search will not be used to establish the facts found for other purposes, such as a departmental proceeding concerning revocation or reinstatement of a security clearance.

7. I understand that all classified information to which I may obtain access by signing this Agreement is now and will remain the property of the United States Government. I agree that I will return all classified materials that may come into my possession or for which I am responsible because of such access upon demand by an authorized representative of the Department of Justice or upon the conclusion of my employment or other relationship with the Department of Justice.

8. Unless and until I am released in writing by an authorized representative of the Department of Justice, I understand that all conditions and obligations imposed on me by this Agreement, including my consent to searches of my office or workplace within Department of Justice premises, apply during the time I am granted access to classified information, and for three years thereafter if I remain an employee of the Department of Justice.

2

Bureau Personnel File Number ▮▮▮ or
Non-Bureau Personnel Case Number ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9. Each provision of this Agreement is severable. If a court should find any provision of this Agreement to be unenforceable, all other provisions of this Agreement shall remain in full force and effect.

10. I have read this Agreement carefully, and my questions, if any, have been answered to my satisfaction. I make this Agreement voluntarily and without any mental reservation or purpose of evasion.

_[signature]_
Signature

12/22/2006
Date

Terry James Albury
Full Name (print)

▮
Social Security Number

The execution of this Agreement was witnessed by the undersigned who accepted it on behalf of the Department of Justice as a prior condition of access, or continued access, to classified information.

WITNESS AND ACCEPTANCE:

_[signature]_
Signature

12/22/2006
Date

MICHAEL K. SIEGLING
Full Name (print)

3

Bureau Personnel File Number ▮ or
Non-Bureau Personnel Case Number ▮