# Murray Law LLC

The Flour Exchange Building, 310 South 4th Avenue, Suite 5010, Minneapolis, MN 55415
tel: 612.339.5160   fax: 866.259.7819   jm@mlawllc.com

October 26, 2018

**FILED UNDER SEAL**
Hon. Wilhelmina M. Wright
United States District Court
316 N. Robert Street
St. Paul, MN 55101

<u>United States v. Terry J. Albury</u>, 18 cr 67 (WMW)

Dear Judge Wright:

We are in receipt of the Judgment in the above case issued today.

We are concerned that with that certain language in the Court's recommendation to the Bureau of Prisons today may prove problematic for Mr. Albury, and we not that it differs from that in your Order of October 24, 2018. The Order recommends Sheridan or Englewood; the Judgment states FCI Sheridan or FCI Englewood.

FCI Sheridan is a Medium level security facility; FCI Englewood is a Low level security facility.

Both facilities would be dangerous for a former law enforcement officer. Also, these two FCIs do not have the RDAP program.

Ideally, we respectfully request that you issue an Amended Judgment recommending to the Bureau of Prisons that Mr. Albury be designated to the Federal Prison Camp at Sheridan, Oregon or the Federal Prison Camp at Englewood, Colorado. Both are safe facilities for a law enforcement officer and both have the RDAP program.

We ask that this letter be filed under seal since it addresses sensitive issues.

Thank you for your attention to this matter.

Respectfully submitted,

*JaneAnne Murray*

JaneAnne Murray
Joshua Dratel (Law Offices of Joshua L. Dratel)

cc:   AUSA Patrick Murphy
      AUSA David Recker
      AUSA Danya Atiyah
      P.O. Leah Heino