UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>        - against -<br><br>TERRY ALBURY,<br><br>                             Defendant. | MOTION TO SEAL<br><br>18-CR-67 (WMW) |

Terry Albury, through his attorney, respectfully moves the Court for an order sealing the letters at docket entries #43 and #46, as more fully set forth in the accompanying memorandum of law.

Date:   November 16, 2018                                Respectfully Submitted,

                                                                                  /s/

                                                                         JANEANNE MURRAY
                                                                         Registration No. 0384887
                                                                         Murray Law LLC
                                                                         Attorney For Terry Albury
                                                                         The Flour Exchange Building
                                                                         310 South Fourth Avenue, Suite 5010
                                                                         Minneapolis, MN 55415
                                                                         Tel.  (612) 339-5160